IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 00-M-01738

PACIFICARE HEALTH PLAN ADMINISTRATORS, INC., a Indiana corporation,
ANTERO HEALTH PLANS, INC., a Colorado corporation, and
PACIFICARE OF COLORADO, INC., a Colorado corporation,

        Plaintiffs,

v.

EXCLUSIVE HEALTHCARE, INC., a Nebraska corporation,
MUTUAL OF OMAHA INSURANCE COMPANY, a mutual insurance company organized under the laws of the State of Nebraska, and
UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,

        Defendants.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. #126), filed on January 18, 2007, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED:   January 19th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge